UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **DJAMEL AMEZIANE,** | ) |
| Petitioner, | ) ) ) |
| v. | ) Civil Action No. 05-cv-392 (ESH) |
| **GEORGE W. BUSH** *et al.*, | ) ) ) |
| Defendants. | ) ) |

## ORDER

Upon consideration of the parties' December 15, 2008 consent motion for an enlargement of time and to amend the Court's scheduling order of December 2, 2008 [129], and for the reasons stated in court during the status hearing held on December 18, 2008, it is hereby

**ORDERED** that the Court's scheduling order of December 2, 2008 is amended as follows:

1. The discovery required to be produced by respondents under paragraph 2 of this Court's December 2, 2008 Order is now due by January 19, 2009. On or before that date, the government shall file a statement of material facts, in numerical form, upon which it intends to rely in making its case-in-chief and it shall identify all material evidence it expects to elicit in support of those facts and how it intends to present that evidence, including the names of any witnesses it intends to call. If the government intends to rely on any statements in making its case-in-chief, it shall disclose on or before January 19, 2009: (1) the identity of the speaker; (2) the content of the statement; (3) the person(s) to whom the statement was made; (4) the date and time

the statement was made or adopted; and (5) the circumstances under which such statement was made or adopted (including the location where the statement was made). If the government cannot identify the original source or any later source of the information, it must so indicate. If the government intends to rely on any documents (including 302 reports), the documents shall be produced to petitioner's counsel by January 19, 2009, unless they were already produced, and the relevant portions of the documents shall be identified (by page and paragraph number) if the government does not intend to rely on the entire document. The government shall not be precluded from relying on evidence not contained in its statement of facts to rebut petitioner's argument on the merits.

2. All exculpatory evidence required to be produced by respondents under paragraph 3 of this Court's December 2, 2008 Order shall now be produced on or before January 19, 2009.

3. The December 17, 2008 deadline for petitioner's motion for further discovery is suspended pending further order of this Court. Petitioner shall not waive his right to seek further discovery if petitioner submits a summary judgment motion.

It is further

**ORDERED** that petitioner may issue a reasonable number of requests for admissions, as provided in Fed. R. Civ. Proc. 36, on or before January 23, 2009. Respondents shall respond to any such requests by February 3, 2009. It is further

**ORDERED** that petitioner's motion for summary judgment is due on or before February 13, 2009. It is further

**ORDERED** that respondents' opposition to motion for summary judgment is due on or before February 23, 2009.  It is further

**ORDERED** that petitioner's reply is due on or before March 3, 2009.

A hearing on the summary judgment motion is scheduled for March 5, 2009, at 10:00 a.m. in Courtroom 15.  Petitioner will be permitted to attend the hearing via satellite.

**SO ORDERED.**

_____/s/_____
ELLEN SEGAL HUVELLE
United States District Judge

Date:   December 19, 2008