UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DJAMEL AMEZIANE, ) <br> ) <br> Petitioner, ) <br> ) <br> v. ) <br> ) <br> BARACK OBAMA, *et al.*, ) <br> ) <br> ) <br> Respondents. ) <br> ) | Civil Action No. 05-392 (ESH) |

## ORDER

Upon consideration of Respondents' Motion for Continuance of the October 7, 2013 hearing [Dkt. No. 325], and considering the current furloughs of Justice Department attorneys, including those assigned to Guantanamo cases, it is hereby **ORDERED** that the motion is **GRANTED**, and that the hearing scheduled for October 7, 2013 is **VACATED**. The Court will, however, proceed to decide the motion for release expeditiously.

SO ORDERED.

/s/
ELLEN SEGAL HUVELLE
United States District Judge

Date: October 2, 2013