# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **DJAMEL AMEZIANE,** ) <br> ) <br> Petitioner, ) <br> ) <br> v. ) <br> ) <br> **BARACK OBAMA,** *et al.*, ) <br> ) <br> ) <br> Respondents. ) <br> ) | Civil Action No. 05-392 (ESH) <br><br> **UNDER SEAL** |

# ORDER

For the reasons stated in the accompanying Memorandum Opinion [Dkt. No. 364], it is hereby

**ORDERED** that petitioner's motion for habeas relief [Dkt. No. 351] is **DENIED**; it is further

**ORDERED** that respondents' motion to dismiss [Dkt. No. 358] is **GRANTED**; and it is further

**ORDERED** that this case is **DISMISSED**.

**SO ORDERED.**

/s/
ELLEN SEGAL HUVELLE
United States District Judge

Date: July 21, 2014